# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | RYAN J. & LILIA G. BRANCO |
| **Case Number:** | 13-07204-LT13     **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, MARCH 10, 2015 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | SHAWNA DAHL |
| **Reporter / ECR:** | COLLETTA BROOKS |

### Matter:

MOTION TO DISMISS BANKRUPTCY CASE FILED ON BEHALF OF HILLSBOROUGH AT OTAY RANCH COMMUNITY ASSOC.

### Appearances:

REBECCA PENNINGTON, ATTORNEY FOR DAVID L. SKELTON, CHAPTER 13 TRUSTEE
AHREN TILLER, ATTORNEY FOR LILIA G. BRANCO, RYAN J. BRANCO
STEPHEN K. HAYNES, ATTORNEY FOR HILLSBOROUGH AT OTAY RANCH COMMUNITY ASSOCIATION

### Disposition:

Continued to 4/21/15 at 10:00 a.m.

Debtor to file a declaration in support of the plan regarding feasibility by 3/24/15.